**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
RICHARD M. WATTS, JR., ESQ. (SBN 221268)
JEREMY S. MILLSTONE, ESQ. (SBN 166901)
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:	(916) 780-8222
Fax:	(916) 780-8775

Attorneys for Plaintiff
HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC.,
A CALIFORNIA CORPORATION

WHITNEY M. H. WALSH, ESQ. (SBN 284407)
1080 Delaware Street, Suite 213
Berkeley, CA  94710
Phone:	(214)  538-7969
Fax:	(214)  367-4325

Attorneys for Defendant
EDWARD C. BAILEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC., A CALIFORNIA CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD C. BAILEY, AN INDIVIDUAL; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>　　　　Defendants. | Case No.  2:12-cv-02934-MCE-KJN<br><br>**STIPULATION AND ORDER TO VACATE THE HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS**<br><br>Complaint Filed:  October 17, 2012<br>Trial Date:         Not Set<br><br>Honorable Kendall J. Newman |

### STIPULATION

Plaintiff Huntley, Mullaney, Spargo & Sullivan, Inc. ("Plaintiff") and Defendant Edward C. Bailey ("Defendant") do hereby agree and Stipulate to an Order vacating the hearing on Defendant's motion to dismiss.

///

Defendant filed its Motion to Dismiss [Doc. No. 4] on December 10, 2012. Plaintiff filed its Opposition on January 10, 2013 [Doc. No. 9]. Defendant filed a Reply on January 17, 2013 [ Doc. No. 14]. The hearing was initially scheduled for January 24, 2013. On January 22, 2013, on the Court's own motion, the hearing was continued to March 21, 2013 at 2:00 p.m.

Plaintiff and Defendant have concurrently filed herewith a Stipulation and Proposed Order to Compel Arbitration and Dismiss the Action, and thus the Motion to Dismiss is now moot.

The parties hereby stipulate and jointly request that the Court vacate the March 21, 2013 hearing date for Defendant's motion to dismiss.

**IT IS SO STIPULATED:**

DATED: February 27, 2013

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*

By:     /s/ RICHARD M. WATTS, JR.
          RICHARD M WATTS, JR.

Attorneys for Plaintiff
HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC.,
A CALIFORNIA CORPORATION

DATED: February 27, 2013

By:     /s/   WHITNEY M. H. WALSH
          WHITNEY M. H. WALSH
          (AS AUTHORIZED ON FEBRUARY 27, 2013)

Attorneys for Defendant
EDWARD C. BAILEY

**ORDER**

The Court hereby approves the parties' stipulation as follows:

    1.    The hearing date for Defendant's motion to dismiss scheduled on March 21, 2013 is vacated.

**IT IS SO ORDERED.**

Dated: March 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE