**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
RICHARD M. WATTS, JR., ESQ. (SBN 221268)
JEREMY S. MILLSTONE, ESQ. (SBN 166901)
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:   (916) 780-8222
Fax:      (916) 780-8775

Attorneys for Plaintiff
HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC.,
A CALIFORNIA CORPORATION

WHITNEY M. H. WALSH, ESQ. (SBN 284407)
1080 Delaware Street, Suite 213
Berkeley, CA  94710
Phone:   (214) 538-7969
Fax:      (214) 367-4325

Attorneys for Defendant
EDWARD C. BAILEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD C. BAILEY, AN INDIVIDUAL; AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | Case No.  2:12-cv-02934-MCE-KJN<br><br>**STIPULATION AND ORDER TO COMPEL ARBITRATION AND DISMISS ACTION**<br><br>Complaint Filed: October 17, 2012<br>Trial Date:          Not Set<br><br>Honorable Kendall J. Newman |

## STIPULATION

Plaintiff Huntley, Mullaney, Spargo & Sullivan, Inc. ("Plaintiff") and Defendant Edward C. Bailey ("Defendant") do hereby agree and Stipulate to an Order compelling arbitration and dismissing the action.

/ / /

1  Plaintiff filed its Petition to Compel Arbitration [Doc. No. 5] on January 10, 2013.
2  Defendant's counsel notified Plaintiff's counsel on February 22, 2013, that Defendant would consent
3  to arbitration so Defendant did not file a response or objection.  On February 27, 2013 Plaintiff and
4  Defendant agreed to stipulate to compel binding arbitration pursuant to the terms of the parties'
5  written agreement dated on or about March 1, 2012.

6  The parties jointly request that the Court enter the following Order approving this
7  Stipulation:

8  1.  The Court enter this Order granting Plaintiff's motion to compel binding arbitration of
9  the parties' dispute pursuant to the arbitration clause set forth in the Agreement entered into between
10 Plaintiff and Defendant on or about March 1, 2012 and pursuant to the Federal Arbitration Act; and

11 2.  The Court enter an Order dismissing this action without prejudice to any claims or
12 defenses of the parties.

**IT IS SO STIPULATED:**

DATED:  February 27, 2013                    **MILLSTONE PETERSON & WATTS, LLP**
                                             *Attorneys at Law*

                                             By:    /s/ RICHARD M. WATTS, JR.
                                                       RICHARD M WATTS, JR.

                                             Attorneys for Plaintiff
                                             HUNTLEY, MULLANEY, SPARGO & SULLIVAN, INC.,
                                             A CALIFORNIA CORPORATION

DATED:  February 27, 2013

                                             By:    /s/ WHITNEY M. H. WALSH
                                                       WHITNEY M. H. WALSH
                                                   *(AS AUTHORIZED ON FEBRUARY 27, 2013)*

                                             Attorneys for Defendant
                                             EDWARD C. BAILEY

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Richard M. Watts, Jr.

# ORDER

The Court hereby approves the parties' stipulation as follows:

1. The Court grants Plaintiff's motion to compel arbitration; and
2. This matter is dismissed without prejudice to the claims or defenses of the parties..

**IT IS SO ORDERED.**

Dated:  March 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE